UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KENNETH RAY BLUME,**

    **Plaintiff,**

    v.

                              Civil Action 2:11-cv-146
                              JUDGE GREGORY L. FROST
                              Magistrate Judge E.A. Preston Deavers

**MARY JEAN SUPILANAS, et al.,**

    **Defendants,**

**ORDER**

    This matter is before the Court for consideration of the United States Magistrate Judge's October 11, 2011 Report and Recommendation.  (ECF No. 9.)  The Magistrate Judge conducted an initial screen of Plaintiff's Complaint as required by 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss this action for failure to assert any claim with an arguable basis in law over which this Court has subject matter jurisdiction.

    The Report and Recommendation specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court."  (Report and Recommendation 12, ECF No. 9.)  The time period for filing objections to the Report and Recommendation has expired.  Plaintiff has not objected to the Report and Recommendation.

    The Court has reviewed the Report and Recommendation.  Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the

Report and Recommendation.  Accordingly, the Court **DISMISSES** Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

      /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE